THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARY SANTOS,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE, INC. and HOLLAND AMERICA LINE, NV, LLC,<br><br>Defendants. | IN ADMIRALTY<br><br>CASE NO.: 2:24-CV-01485<br><br>[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Noting Date: November 15, 2024 |

**GOOD CAUSE APPEARING**, the Court hereby orders as follows:

The Parties' Joint Stipulation to extend the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint is GRANTED.

IT IS HEREBY ORDERED that Defendants shall file a responsive pleading to Plaintiff's Complaint on December 2, 2024.

IT IS SO ORDERED.

Dated this 15th day of November, 2024

*/s/ Tana Lin*

Tana Lin
United States District Judge